# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOMINGO VEGA-CAVADA,<br><br>　　　　Defendant. | CASE NO: 2:15-CR-0067-KJD-GWF<br><br>**ORDER** |

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation conduct a presentence investigation of DOMINGO VEGA-CAVADA, and prepare a pre-plea Presentence Investigation Report to be disclosed to DOMINGO VEGA-CAVADA'S attorneys.

DATED this  5th   day of  October   , 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE