# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

               Plaintiff,

v.

Domingo Vega-Cavada

               Defendant.

JUDGMENT

Case Number: 2:15-cr-00067-KJD-GWF-3

(Related case: 2:18-cv-00481-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Respondent against Movant. A certificate of appealability is denied.

| | |
|---|---|
| December 14, 2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | /s/ J. Matott |
| | Deputy Clerk |